1 Craig R. Annunziata - IL Bar No. 6209487
John A. Singer – IL Bar No. 6317383
2 **FISHER & PHILLIPS LLP**
3 10 S. Wacker Drive; Suite 3450
Chicago, Illinois 60606
4 Telephone:  (312) 346-8061
cannunziata@fisherphillips.com
5 jsinger@fisherphillips.com

6 *Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Vanessa Elias,

    Plaintiff,

v.

Civil Action No. CV-17-00039-PHX-ROS

LKQ Management Co. (d.b.a.
Keystone Automotive Industries Inc.),

**NOTICE OF INITIAL DISCLOSURE**

    Defendant

I hereby certify that true and accurate copies of the foregoing Defendant's **RULE 26 INITIAL DISCLOSURES** were served the 20th day of June 2017 by email upon the following:

    Isaac P. Hernandez
    Hernandez Law Firm. PLC
    10640 N. 28th Drive, Suite B202
    Phoenix, Arizona 85029
    isaacphdez@gmail.com

                                    Respectfully submitted,

                                    **KEYSTONE AUTOMOTIVE INDUSTRIES INC.**

                                    By:    /s/ John A. Singer

Dated:       June 21, 2017